JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, L.L.C.
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Danny Goodman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANNY GOODMAN et al,<br><br>Defendant. | 2:15-CR-286-LDG-NJK<br><br>**STIPULATION TO MODIFY DEFENDANT GOODMAN'S CODITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between KATHRYN NEWMAN, Assistant United States Attorney, and JAMES ORONOZ, ESQ., counsel for Defendant, DANNY GOODMAN, that Mr. Goodman should no longer be subjected to location monitoring.

This Stipulation is entered into for the following reasons:

///

///

///

///

///

///

1

1. Under 18 U.S.C. § 3142, the Court has the discretion to set the conditions of a defendant's release pending trial.

2. On October 19, 2015, during Goodman's detention hearing, pretrial services indicated that they were unable to verify the information they received from Goodman regarding his residence. That same day, the Court imposed several conditions for Goodman's pretrial release [Doc. #35]. One of the conditions the Court imposed upon Goodman was location monitoring.

3. Both parties have recently spoken to Samira Barlow ("Barlow") who is an employee of pretrial services. Barlow confirmed that she was able to verify Goodman's residence. Additionally, Barlow has indicated that she does not object to releasing Goodman from location monitoring.

4. At the detention hearing, the Government asked the Court to impose location monitoring because pretrial services could not verify the information Goodman had provided regarding his residence. However, now that his residence has been verified, the Government has no objection to releasing Goodman from location monitoring.

5. Given the foregoing, the parties stipulate that Goodman should no longer be subjected to the pretrial release condition of location monitoring.

DATED: November 6, 2015.

/s/ James Oronoz
JAMES A. ORONOZ, ESQ.
700 South Third Street
Las Vegas, NV 89101
*Counsel for Danny Goodman*

/s/ Kathryn Newman
KATHRYN NEWMAN
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, NV 89101
*Counsel for United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>            Plaintiff,                         )     2:15-CR-286-LDG-NJK<br>                                                        )<br>            vs.                                    )     **ORDER**<br>                                                        )<br>DANNY GOODMAN et al,           )<br>                                                        )<br>            Defendant.                       )<br>                                                        )<br>_____ ) | |

IT IS THEREFORE ORDERED that the Defendant Danny Goodman is no longer subject to the pretrial release condition of location monitoring.

DATED: November 9, 2015

_____
United States Magistrate Judge

3